IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:24-CR-00255-MOC-DCK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | NOTICE OF ADMINISTRATIVE |
| v. | ) | FORFEITURE |
| | ) | |
| MICHAEL NAUN ANTUNEZ VASQUEZ | ) | |
| a/k/a "Maicol Antunez-Vasquez" | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby gives notice that the following assets listed in the Bill of Indictment (Doc. 1) as subject to forfeiture herein were administratively forfeited by the seizing agency:

- One Beretta, model APX, 9mm caliber pistol, serial number A244740X
- One Palmetto State Armory, model PA-15, .300 caliber pistol, serial number SCB934300
- One Romarm/Cugir, model Mini Draco, .762 caliber pistol, serial number PE71752018RO
- One Glock, model 31, .357 caliber pistol, serial number BBUW792.

Accordingly, there is no need for any further order of forfeiture for these assets.

This the 17th day of June, 2024.

RUSS FERGUSON
UNITED STATES ATTORNEY

**/s/**Seth Johnson
J. Seth Johnson
Texas Bar No. 24083259
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202
Telephone: (704) 344-6222
Email: seth.johnson@usdoj.gov